# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. John A. Houston

| | |
|---|---|
| FROM:  J. Rinehart, Deputy Clerk | RECEIVED DATE:  December 2, 2019 |
| CASE NO.  08-cr-01332-JAH-1 | DOC FILED BY:  Raul Villarreal |
| CASE TITLE:  USA v. Villarreal et al | |
| DOCUMENT ENTITLED:  Application to Proceed in Forma Pauperis | |

Upon the submission of the attached document(s), the following discrepancies are noted:

LR 5.2 - Missing Proof of Service;

CrimLR 1.1(e)(5)  - Missing time and date on motion and/or supporting documentation

Date Forwarded:   December 3, 2019

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

### IT IS HEREBY ORDERED:

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  December 12, 2019          CHAMBERS OF:  The Honorable John A. Houston

cc: All Parties                By:   /s/ WYH