UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RAUL VILLAREAL,<br><br>  Defendant. | Case No.: 08cr1332-JAH-1<br><br>**ORDER (1) DENYING GOVERNMENT'S MOTION TO FILE RESPONSE IN EXCESS OF 25 PAGES; and (2) DENYING GOVERNMENT MOTION TO SEAL NOTICE OF LODGMENT OF EXHIBITS**<br>**Doc. Nos. 550, 551** |

Pending before the Court is Plaintiff United States of America's ("Government") Motion to File a Response in Excess of 25 pages. *See* Doc. No. 551. Specifically, the Government seeks to file a response to Defendant Raul Villareal's ("Defendant") Compassionate Release. *See* Doc. Nos. 530, 549.

On January 22, 2021 this Court issued a Scheduling Order requiring the Government to respond to Defendant's Motion for Compassionate release by February 22, 2021, after counsel for Defendant had an opportunity to supplement Defendant's initial motion. *See* Doc. No. 538. However, upon motion by Defendant, the Court appointed new counsel on February 16, 2021. *See* Doc. No. 541.

///

1

In appointing new counsel for Defendant, the Court found it appropriate to provide Defendant an additional sixty (60) days to file a supplemental briefing. *See* Doc. No. 541. In light of the extended briefing period, the Court finds it appropriate to **STRIKE** the response as premature. Accordingly, **IT IS HEREBY ORDERED** the Government's Motion to File a Response in Excess of 25 pages is **DENIED** without prejudice. For the foregoing reasons, the Government's Motion to File Exhibits Under Seal is **DENIED** without prejudice.

**IT IS SO ORDERED.**

DATED: February 25, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE